POLICE DEPARTMENT COUNTY OF SUFFOLK, N.Y.
ACCREDITED LAW ENFORCEMENT AGENCY
**STATEMENT FORM**
PDCS-1165b

C.C. # 11-434795
Date 8/13/11   Time 0225
Page 1 of 1

I, **Rana Romney** (being duly sworn) deposes and says:
(words "being duly sworn" are to be crossed out if a sworn statement is not being prepared) that I am **35** years old.
(age)

I was born on **2/8/76**. I am giving this statement to **Det. William Hudson**.
d.o.b.                                              (name of officer)

I am giving this statement freely, having received no threats or promises to do so.

I am sitting in my home located at 420 Claremont Ave in West Babylon that I live in with my daughter and my mother, giving my statement to Det. Hudson regarding an assault against the father of my baby; Michael Black. Earlier on this evening of August 12th 2011 at about 9:00 p.m., Michael brought our daughter home after being with her for the day. Upon bringing our daughter home Michael advised me that she had a high fever. We talked for about 10-15 minutes, then he left. I gave my daughter some medicine immediately thereafter and layed down for awhile. Being that he is the father I gave him a call and asked him if he could come back and help me take care of her. We called each other back and forth several times, the last time being at about 10:57 p.m. Several minutes after, I heard Michael banging on my front door, I threw on some clothes and went to answer the door, Michael suddenly rushed inside and tried to close the door behind him, but several males - at least two, forced their way inside by pushing and kicking a hole through the door, then started beating him, during this commotion I was pushed down several of the stairs leading to the basement area and was unable to clearly see their faces or just how many of them there were. This all happened so fast, then they all ran out of the house. Michael ran up stairs, which is where I was at then and asked him if he had any idea who these people could be - I told him I had no knowledge about who this could be. I have read the above statement consisting of (1) page and found it to be true and accurate in every respect.

Att # 8

False statements made herein are punishable as a class "A" misdemeanor pursuant to Section 210.45 of the Penal Law

Signature of person giving statement _____   Date _____

Witnessing officer _____

Signature of person giving statement

Sworn to before me
**August 13**, 20 **11**
Notary Public

WILLIAM HUDSON, JR.
Notary Public, State of New York
No. 01HU6098478
Qualified in Suffolk County
Commission Expires Sept 15, 20 11